AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | Case: 1:21-mj-00237 |
|---|---|---|
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| Joseph W. Fischer | ) | Assign Date: 2/17/2021 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) - | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) and (a)(2) - | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) and (G) - | Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 18 U.S.C. § 1512(c)(2) - | Obstruction of Justice/Congress. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mustafa Kutlu, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___02/17/2021___

_____
*Judge's signature*

City and state: ___Washington, D.C.___      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*