# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-mj-237 (GMH)** |
| | **:** | |
| **JOSEPH W. FISCHER** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF SUBSTITUTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Nicole McClain, hereby informs the Court that she is substituting as the lead attorney replacing Assistant United States Attorney Amy E. Larson in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY


_____/s/_____
NICOLE MCCLAIN
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, NW
Washington, DC 20530
(202) 252-7848