AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Joseph W. Fischer | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Joseph W. Fischer _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) and (a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 02/17/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.17 13:01:06 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/18/2021, and the person was arrested on *(date)* 2/19/2021
at *(city and state)* Jonestown, PA.

Date: 2/19/2021

*Arresting officer's signature*

SA Joshua D Ford
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Joseph W. Fischer<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00237<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 2/17/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) and (a)(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 18 U.S.C. § 1512(c)(2) | Obstruction of Justice/Congress. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Mustafa Kutlu, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/17/2021

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:21-mj-00237 |
| : | Assigned to: Judge Harvey, G. Michael |
| v. : | Assign Date: 2/17/2021 |
| : | Description: COMPLAINT W/ARREST WARRANT |
| : | **VIOLATIONS:** |
| **JOSEPH W. FISCHER,** : | |
| Defendant. : | **18 U.S.C. § 231(a)(3)** |
| : | **(Obstruction of Law Enforcement During** |
| : | **Civil Disorder)** |
| : | |
| : | **18 U.S.C. § 1512(c)(2)** |
| : | **(Obstruction of Justice/ Congress)** |
| : | |
| : | **18 U.S.C. § 1752(a)(1) and (2)** |
| : | **(Restricted Building or Grounds)** |
| : | |
| : | **40 U.S.C. § 5104(e)(2)(D) and (G)** |
| : | **(Violent Entry or Disorderly Conduct)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.  IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.  IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: _____

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

## MINUTE SHEET OF PROCEEDINGS HELD BEFORE
## SUSAN E. SCHWAB, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| USA v. | JOSEPH W. FISCHER | CRIMINAL NO. | 1:21-MJ-00023 |
|---|---|---|---|
| | | | District of Columbia: 1:21-MJ-00237 |

| Courtroom No. 5 | Date | 2/19/2021 | Time Commenced | 12:15 p.m. | Time Terminated | 12:32 p.m. |
|---|---|---|---|---|---|---|

| Charging Document: | | Indictment | | Information | | Petition for Revocation | X | Criminal Complaint |
|---|---|---|---|---|---|---|---|---|

| | X | Felony | X | Misdemeanor | | Petty Offense |
|---|---|---|---|---|---|---|
| Nature of Hearing: | RULE 5 Appearance | | | | | |
| Gov't Counsel: | Michael Consigilio, AUSA | | Defense Counsel: Lori Ulrich, AFPD | | | |
| Interpreter: | N/A | | Retained ( )  CJA ( )  FPD (X) | | | |

| X | Defendant Advised of Rights, Charges, Penalties | X | Defendant Requests Court Appointed Counsel | X | Appointed  Yes X  NO ☐ |
|---|---|---|---|---|---|

| X | Appearance in Charging District Set For: | TBD |
|---|---|---|

**REMARKS**: - Court opens. AUSA present. Defts present w/ standby cnsl AFPD L. Ulrich  s/p arrest on DCD complaint.  Ct advises deft of rt to cnsl. Deft submits FA & requests appt of cnsl. Ct approves FA & appts AFPD Ulrich. Deft confirms receipt & review of complaint, warrant & waives formal reading. AUSA summary of charges & potential penalties. Ct advises deft of his rights to ID & Prelim Hrgs. Deft waives ID hearing. Deft requests prelim hrg in this district. PH set for 1:30 p.m. on 2/23/21 b. J. Schwab.  Gov't files motion to detain pending PH. Deft objects.  Argument. Ct orders deft detained pending PH w/ detn hrg to be held @ same time on 2/23.  Cnsl may keep bail report.  Ct directs USM to maintain contact w/ court re: deft's meds/condition while @ DCP pending hearing.  Deft remanded to USM custody pending PH/detn. Ct adjourned.

Court Reporter:   Wes Armstrong ( )    Lori Shuey ( )    Wendy Yinger ( )
Digitally Recorded (X )
Courtroom Deputy:  K. McKinney

MINUTE SHEET OF PROCEEDINGS BEFORE
**SUSAN E. SCHWAB, UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Criminal No. |
|---|---|
| USA v. Joseph W. Fischer | 1:21-MJ-00023 |

| Proceeding: | TELEPHONE CONFERENCE |
|---|---|

| Set For: | February 22, 2021 | At: | 2:30 p.m. |
|---|---|---|---|

| Time Commenced: | 2:27 p.m. | Time Terminated: | 2:46 p.m. |
|---|---|---|---|

| Attorney For Government: | Attorney For Defendant: |
|---|---|
| **Michael Consigilio, AUSA** | **Lori Ulrich, AFPD** |

REMARKS:

Telephone conference held re: gov't's motions for detention.

## MINUTE SHEET OF PROCEEDINGS HELD BEFORE
## SUSAN E. SCHWAB, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| USA v. | JOSEPH W. FISCHER | CRIMINAL NO. | 1:21-MJ-00023 |
|---|---|---|---|
| | | | District of Columbia: 1:21-MJ-00237 |

| Courtroom No. 5 | Date | 2/23/2021 | Time Commenced | 1:30 p.m. 3:52 p.m. | Time Terminated | 3:39 p.m. 5:10 p.m. |
|---|---|---|---|---|---|---|

| Charging Document: | | Indictment | | Information | | Petition for Revocation | X | Criminal Complaint |
|---|---|---|---|---|---|---|---|---|

|  | X | Felony | X | Misdemeanor |  | Petty Offense |
|---|---|---|---|---|---|---|
| **Nature of Hearing:** | PRELMINARY HEARING/DETENTION HEARING | | | | | |
| **Gov't Counsel:** | Michael Consiglio, AUSA | | **Defense Counsel:** Lori Ulrich, AFPD | | | |
| **Interpreter:** | N/A | | Retained ( )  CJA ( )  FPD (X) | | | |

| | Defendant Advised of Rights, Charges, Penalties | | Defendant Requests Court Appointed Counsel | Appointed  Yes ☐  NO ☐ |
|---|---|---|---|---|

| X | Appearance in Charging District Set For: | 2/25/21 @ 1:00 p.m. via ZOOM b. Magistrate Judge G. Michael Harvey (Dist of Columbia) |
|---|---|---|

**REMARKS**: - Court opens. AUSA present. Deft present w/ cnsl. Case called for PH/detn hrg pending proceedings in charging court. Deft cnsl outlines issues re: illegal detn, argument for release (prior) re: gov't's detn mots. AUSA opposing argument. Gov't presents evidence. Gov't calls FBI SA Joshua D. Ford (sworn); direct exam, cross exam; court. Cnsl summations. Ct finds gov't established probable cause as to all charges. Brady disclosure. Recess. Gov't's detention motion addressed. (Parties' exhibits from PH admitted) Deft cnsl calls proposed 3rd PC Ms. Christy Fischer (sworn), direct, cross, ct. Gov't argues in supp of detn motion. Deft opposing argument. Ct summarizes findings re: detn issues. Ct denies gov't's motion & orders deft released to 3rd PC on PTS supervision w/mx CORs, pending IA in charging court. Deft to appear b. MJ G. Michael Harvey (DCD) via ZOOM on 2/25/21 @ 1:00 p.m. (Zoom instructions given to deft & deft cnsl.) Ct adjourned.

Court Reporter:  Wes Armstrong ( )    Lori Shuey (X)    Wendy Yinger ( )
Digitally Recorded (X )
Courtroom Deputy:  K. McKinney

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
PER FEB 19 2021
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:21-MJ-00023 |
| JOSEPH W. FISCHER | ) | |
| | ) | Charging District's Case No.  1:21-MJ-00237 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     District of Columbia

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2-19-2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lori Ulrich
*Printed name of defendant's attorney*


AO 199A (Rev. 12/11) Order Setting Conditions of Release        Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

*REDACTED*

FILED
HARRISBURG, PA
FEB 23 2021
PER _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>JOSEPH W. FISCHER<br><br>*Defendant* | ) ) ) ) ) )    Case No.   1:21-MJ-00023 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

    The defendant must appear at:   Virtually (as directed below) and for all other court proceedings as directed
                                                                              *Place*
    Via ZOOM before Magistrate Judge G. Michael Harvey (District of Columbia)

    on    February 25, 2021 at 1:00 p.m.
                                 *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release                                                                  Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(X) (6) The defendant is placed in the custody of:
Person or organization  Christy Fischer
Address *(only if above is an organization)*
City and state ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Tel. No. ▓▓▓▓▓▓▓▓
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: *Christy Fischer*  Feb 23, 2020
            Custodian                                                Date

(X) (7) The defendant must:
( X ) (a) submit to supervision by and report for supervision to the  Pre-Trial Services Office  ,
          telephone number  (717) 901-2860 , no later than  _____ .
( X ) (b) continue or actively seek employment.
(   ) (c) continue or start an education program.
( X ) (d) surrender any passport to:  Clerk of Court
( X ) (e) not obtain a passport or other international travel document.
( X ) (f) abide by the following restrictions on personal association, residence, or travel:  Middle District of PA, District of MD &
          District of Columbia (for court-related purposes only)
(   ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
( X ) (h) get medical or psychiatric treatment:  as directed by pre-trial services
(   ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
(   ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( X ) (k) not possess a firearm, destructive device, or other weapon.  (Relinquish firearms)
( X ) (l) not use alcohol (   ) at all ( X ) excessively.
( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(   ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( X ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
          (   ) (i) Curfew. You are restricted to your residence every day (   ) from _____ to _____ , or (   ) as directed by the pretrial services office or supervising officer; or
          ( X ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
          (   ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
( X ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
          (   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( X ) (s)  Do not enter any federal government facility or federal government grounds unless for court purposes only

(x) (t) Do not be on or use any social media

AO 199C  (Rev. 09/08) Advice of Penalties                                                    Page   3   of   3   Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 2/23/21                                             _____
                                                          Judicial Officer's Signature

                                                          SUSAN E. SCHWAB, UNITED STATES MAGISTRATE JUDGE
                                                          Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-MJ-00023 |
| | ) | |
| JOSEPH W. FISCHER | ) | Charging District:  District of Columbia |
| *Defendant* | ) | Charging District's Case No.  1:21-MJ-00237 |

FILED
HARRISBURG, PA
PER FEB 23 2021
DEPUTY CLERK

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: before Magistrate Judge G. Michael Harvey, District of Columbia, Washington, D.C. | Courtroom No.: *via ZOOM VIDEOCONFERNCE |
|---|---|
| | Date and Time: February 25, 2021 at 1:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 2/23/21

_____
*Judge's signature*

Susan E. Schwab, United States Chief Magistrate Judge
*Printed name and title*

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00023-SES-1
# Internal Use Only

Case title: USA v. FISCHER  
Other court case number: 1:21-MJ-00237 District of Columbia

Date Filed: 02/19/2021

Assigned to: Magistrate Judge Susan E. Schwab

**Defendant (1)**

**Joseph W. Fischer**     represented by     **Lori J. Ulrich**
Federal Public Defender's Office
100 Chestnut Street
Suite 306
Harrisburg, PA 17101-2540
717-782-2237
Email: lori_ulrich@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:231(a)(3) - Obstruction of Law Enforcement During Civil Disorder | |

**Plaintiff**

**USA**　　　　　　　　　　　　　　　　　　　represented by　**Michael A. Consiglio**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Building
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 220
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　228 Walnut Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Harrisburg, PA 17108-1754
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　717-221-4482
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: michael.consiglio@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2021 | 1 | COMPLAINT as to Joseph W. Fischer (1). (ki) Modified on 2/22/2021 (ki). (Entered: 02/22/2021) |
| 02/19/2021 | 🔒 | (Court only) Attorney update in case as to Joseph W. Fischer. Attorney Michael A. Consiglio for USA added. (ki) (Entered: 02/22/2021) |
| 02/19/2021 | 🔒🔒 2 | *SEALED* HSD Filed. This is an Authorized HSD as defined in Section 1.a. of Standing Order 2021-2. (ki) (Entered: 02/22/2021) |
| 02/19/2021 | 🔒 3 | (Court only) Minute Entry from proceedings held before Magistrate Judge Susan E. Schwab on 2/19/21, Initial Appearance in Rule 40 Proceedings as to deft Joseph W. Fischer. Deft present w/ standby cnsl AFPD L. Ulrich s/p arrest on DCD complaint. Ct advises deft of rt to cnsl. Deft submits FA & requests appt of cnsl. Ct approves FA & appts AFPD Ulrich. Deft confirms receipt & review of complaint, warrant & waives formal reading. AUSA summary of charges & potential penalties. Ct advises deft of his rights to ID & Prelim Hrgs. Deft waives ID hearing. Deft requests prelim hrg in this district. PH set for 1:30 p.m. on 2/23/21 b. J. Schwab. Govt files motion to detain pending PH. Deft objects. Argument. Ct orders deft detained pending PH w/ detn hrg to be held @ same time on 2/23. Total Time in Court [:17] (ki) (Entered: 02/22/2021) |
| 02/19/2021 | 🔒🔒 4 | *SEALED* CJA 23 - FINANCIAL AFFIDAVIT by Joseph W. Fischer, approved. (ki) (Entered: 02/22/2021) |
| 02/19/2021 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Lori J. Ulrich, AFPD, appt'd to represent deft Joseph W. Fischer. Signed by Magistrate Judge Susan E. Schwab on 2/19/21. (ki) (Entered: 02/22/2021) |
| 02/19/2021 | 6 | WAIVER of IDENTITY Hearing as to deft Joseph W. Fischer; deft requests Preliminary Hearing. (ki) (Entered: 02/22/2021) |
| 02/19/2021 | 7 | MOTION to Detain by USA as to Joseph W. Fischer. (ki) (Entered: 02/22/2021) |
| 02/19/2021 | 8 | SCHEDULING ORDER as to Joseph W. Fischer - Preliminary Examination set for 2/23/2021 @ 01:30 PM in Harrisburg - Courtroom 5 before Magistrate Judge Susan E. Schwab. Signed by Magistrate Judge Susan E. Schwab on 2/19/21. (ki) (Entered: 02/22/2021) |

| Date | Doc # | Description |
|---|---|---|
| 02/19/2021 | 9 | AMENDED MOTION to Detain by USA as to Joseph W. Fischer. (ki) (Entered: 02/22/2021) |
| 02/22/2021 | 🔒 | (Court only) Case unsealed as to Joseph W. Fischer upon notice by gov't counsel. (ki) (Entered: 02/22/2021) |
| 02/22/2021 | 10 | LETTER to the Court re: deft Joseph W. Fischer, filed by Lori J. Ulrich, AFPD. (Attachments: # 1 Brief)(ki) (Entered: 02/22/2021) |
| 02/22/2021 | 11 | LETTER to the Court re: deft Joseph W. Fischer, filed by Michael A. Consilgio, AUSA. (ki) (Entered: 02/22/2021) |
| 02/22/2021 | 🔒 12 | (Court only) Minute Entry from Telephone Conference held by Magistrate Judge Susan E. Schwab on 2/22/2021. Total Time in Court [:19] (ki) (Entered: 02/22/2021) |
| 02/23/2021 | 🔒 13 | (Court only) Minute Entry from Preliminary & Detention proceedings held before Magistrate Judge Susan E. Schwab as to Joseph W. Fischer on 2/23/2021. Probable cause found. Deft released on CORs. (Court Reporter Lori Shuey.)Total Time in Court [2:09] (ki) (Entered: 02/24/2021) |
| 02/23/2021 | 14 | GOVERNMENT'S EXHIBIT LIST from 2/23/21 Hearing as to Joseph W. Fischer (Original Exhibits retained by AUSA.) (ki) (Entered: 02/24/2021) |
| 02/23/2021 | 15 | DEFENDANT'S EXHIBIT LIST from 2/23/21 Hearing re: deft Joseph W. Fischer. (Original Exhibits Retained by Defense Counsel) (ki) (Entered: 02/24/2021) |
| 02/23/2021 | 🔒 16 | SEALED OSCR. (ki) (Entered: 02/24/2021) |
| 02/23/2021 | 17 | ORDER Setting Conditions of Release (Redacted) as to deft Joseph W. Fischer. Signed by Magistrate Judge Susan E. Schwab on 2/23/21. (ki) (Entered: 02/24/2021) |
| 02/23/2021 | 18 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to deft Joseph W. Fischer - Deft to Appear via ZOOM before Magistrate Judge G. Michael Harvey (District of Columbia, Washington, DC) on 2/25/2021 @ 01:00 PM. (See order for complete details.)Signed by Magistrate Judge Susan E. Schwab on 2/23/21. (ki) (Entered: 02/24/2021) |