**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.: 21-mj-237** |
| | : | |
| | : | |
| **JOSEPH W. FISCHER,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its undersigned counsel, the United States

Attorney for the District of Columbia, hereby informs the Court that Assistant United States

Attorney Alexis J. Loeb is entering her appearance in this matter on behalf of the United States.


Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. BAR NO. 415793

By:        */s/ Alexis J. Loeb*
Alexis J. Loeb
Assistant United States Attorney
Detailee
CA Bar No. 269895
555 4th St. NW
Washington, D.C. 20530
alexis.loeb@usdoj.gov
(415) 436-7168

## CERTIFICATE OF SERVICE

On this 3rd day of March, 2021, a copy of the foregoing was served upon all parties listed

on the Electronic Case Filing (ECF) System.

          /s/ Alexis J. Loeb
        Alexis J. Loeb
        Assistant United States Attorney
        Detailee
        CA Bar No. 269895
        555 4th St. NW
        Washington, D.C. 20530
        alexis.loeb@usdoj.gov
        (415) 436-7168