# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 21-mj-237 |
| : | |
| JOSEPH W. FISCHER, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its March 11, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    ACTING UNITED STATES ATTORNEY
    D.C. Bar No. 415793

By:    /s/ *Alexis J. Loeb*_____
    Alexis J. Loeb
    California Bar No. 269895
    Assistant United States Attorney
    Detailee
    U.S. Attorney's Office for the District of Columbia
    555 4th Street, N.W.
    Washington, DC 20001
    Tel. (415) 436-7168
    alexis.loeb@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of March, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Alexis J. Loeb*
Alexis J. Loeb
Assistant United States Attorney
Detailee